UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENA IN:                              :
_____ :
SECURITIES AND EXCHANGE COMMISSION, :
                                                :    **APPEARANCE**
                    Plaintiff,                  :
            v.                                  :    No. 1:05-mc-00506-RWR-AK
                                                :
BIOPURE CORPORATION,                            :
THOMAS MOORE, HOWARD RICHMAN,                   :
and JANE KOBER                                  :
                                                :
                    Defendants.                 :
_____ :

**APPEARANCE OF COUNSEL FOR**
**<u>SECURITIES AND EXCHANGE COMMISSION</u>**

To the Clerk of this court and all parties of record:

    Please enter the appearance of IAN D. ROFFMAN as counsel in this case for the

Securities and Exchange Commission.

| | |
|---|---|
| December 23, 2005 | /s/ Ian D. Roffman |
| Date | Ian D. Roffman (Mass. Bar No. 637564) |
| | ATTORNEY FOR PLAINTIFF |
| Mass. Bar No. 637564 | SECURITIES AND EXCHANGE COMMISSION |
| Bar Identification | 73 Tremont Street, 6th Floor |
| | Boston, Massachusetts 02108 |
| | (617) 573-8900, ext. 8987 (Roffman) |

## Certificate of Service

I, Ian D. Roffman, hereby certify that on December 23, 2005, a true and correct copy of the foregoing Appearance of Counsel for Securities and Exchange Commission was served:

By overnight delivery to:

Stephen J. Crimmins
John J. Dempsey
BINGHAM MCCUTCHEN, LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036-3406
(202) 778-6150

COUNSEL FOR DEFENDANT
BIOPURE CORPORATION

Michael Shane
Office of the Chief Counsel
U.S. Food and Drug Administration
5600 Fisher Lane, GCF-1
Rockville, MD 20857

COUNSEL FOR NON-PARTY
FOOD AND DRUG ADMINISTRATION

By first class mail, postage prepaid to:

Robert A. Buhlman
Donald J. Savery
Michael D. Blanchard
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

COUNSEL FOR DEFENDANT
BIOPURE CORPORATION

Edward P. Leibensperger
Jeffrey S. Huang
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4046

COUNSEL FOR DEFENDANT
THOMAS MOORE

John D. Hughes
Cathy Fleming
Mary Patricia Cormier
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

COUNSEL FOR DEFENDANT
HOWARD RICHMAN

Thomas J. Dougherty
Justin J. Daniels
Scott T. Lashway
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

COUNSEL FOR DEFENDANT
JANE KOBER

Dated: December 23, 2005

/s/ Ian D. Roffman
Ian D. Roffman