UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 05-0506 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Non-Party FDA's Motion for Reconsideration of that portion of Magistrate Judge Kay's order of January 20, 2006, that directed the parties to confer on the narrowing of the scope of Biopure's requests in the quashed subpoenas, the opposition and reply thereto, and after a review of the record in this case, it is this _____ day of _____, 2006,

ORDERED, that Non-Party FDA's Motion for Reconsideration is granted.

_____
UNITED STATES DISTRICT JUDGE

Claire Whitaker
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530


Steven J. Crimmins
John J. Dempsey
BINGHAM MCCUTCHEN LLP
Suite 800
1120 20th Street, N.W.
Washington, D.C. 20036

Robert A. Buhlman
Donald J. Savery
Michael D. Blanchard
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726