UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENA IN:

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

BIOPURE CORPORATION,
THOMAS MOORE, HOWARD RICHMAN,
and JANE KOBER

        Defendants.

No. 1:05-mc-00506-RWR-AK

(Related Case:
Civ. A No. 05-11853-PBS, pending
in the United States District Court
for the District of Massachusetts)

## NOTICE OF CHANGE OF ADDRESS BY SECURITIES AND EXCHANGE COMMISSION

Please note that the Boston District Office of plaintiff Securities and Exchange Commission is relocating. As of February 27, 2006, the new address for the undersigned counsel will be:

    Securities and Exchange Commission
    33 Arch Street, 23rd floor
    Boston, MA 02110-1424
    (617) 573-8987 (phone)
    (617) 573-4590 (fax)

Dated: February 23, 2006
       Boston, Massachusetts

Respectfully submitted,

_/s/ Ian D. Roffman_

Ian D. Roffman (Mass. Bar No. 637564)
R. Daniel O'Connor (Mass Bar No. 634207)
Ellen Bober Moynihan (Mass. Bar No. 567598)
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd floor
Boston, MA 02110-1424
(617) 573-8900, ext. 8987 (Roffman)

## Certificate of Service

I, Ian D. Roffman, hereby certify that on February 23, 2006, a true and correct copy of the foregoing Notice of Change of Address by Plaintiff Securities and Exchange Commission was served:

By overnight delivery to:

Stephen J. Crimmins
John J. Dempsey
BINGHAM MCCUTCHEN, LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036-3406
(202) 778-6150

COUNSEL FOR DEFENDANT
BIOPURE CORPORATION

Michael Shane
Office of the Chief Counsel
U.S. Food and Drug Administration
5600 Fishcr Lane, GCF-1
Rockville, MD 20857

Claire Whitaker
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20520

COUNSEL FOR NON-PARTY
FOOD AND DRUG ADMINISTRATION

By facsimile and first class mail, postage prepaid to:

Robert A. Buhlman
Donald J. Savery
Michael D. Blanchard
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

COUNSEL FOR DEFENDANT
BIOPURE CORPORATION

Edward P. Leibensperger
Jeffrey S. Huang
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4046

COUNSEL FOR DEFENDANT
THOMAS MOORE

John D. Hughes
Cathy Fleming
Mary Patricia Cormier
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

COUNSEL FOR DEFENDANT
HOWARD RICHMAN

Dated: February 23, 2006

Thomas J. Dougherty
Justin J. Daniels
Scott T. Lashway
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

COUNSEL FOR DEFENDANT
JANE KOBER

/s/ Ian D. Roffman
Ian D. Roffman